

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

| | | |
|---|---|---|
| WAL-MART STORES TEXAS, L.L.C., | § | |
| d/b/a WAL-MART-SUPERCENTER, | | No. 08-13-00198-CV |
| Appellant, | § | |
| | | Appeal from the |
| V. | § | |
| | | 327th District Court |
| SONIA DOZAL, | § | |
| Appellee. | | of El Paso County, Texas |
| | § | |
| | | (TC# 2011-DCV-00932) |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the Appellant's motion to dismiss the appeal and concludes the motion should be granted and the appeal should be dismissed, in accordance with the opinion of this Court. We therefore dismiss the appeal. Costs of the appeal are taxed against Appellant. *See* TEX.R.APP.P. 42.1(d). This decision shall be certified below for observance.

IT IS SO ORDERED THIS 19TH DAY OF FEBRUARY, 2014.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.